# IN THE SUPREME COURT OF THE STATE OF NEVADA

SABRINA STARR DUMAS,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 76086

FILED

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se "notice of appeal pursuant to NRS 34." Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no petition had been filed in the district court when appellant filed his appeal on June 7, 2018. To the extent that appellant appeals from the corrected judgment of conviction entered on July 14, 2017, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

       _Pickering_ , J.
       Pickering

_____ , J.      _____ , J.
Gibbons         Hardesty

18- 25759

cc: Hon. Jerome M. Polaha, District Judge
Sabrina Starr Dumas
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk